PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Leina Abigal Santiago  Cr.: 12-00603-001
PACTS #: 62525

Name of Sentencing Judicial Officer: THE HONORABLE KEVIN MCNULTY
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/15/2014

Original Offense: Conspiracy to Import Heroin

Original Sentence: 1 Days imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Location Monitoring Program

Type of Supervision: Supervised Release    Date Supervision Commenced: 12/15/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 52T | 52T |
| 1 | The offender has violated the standard supervision condition which states **'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.'** |
| | The offender submitted a urine specimen positive for marijuana use on the following dates: January 28th, February 18th, February 25th, July 1st, and August 26, 2015. |

U.S. Probation Officer Action:
Our office will continue to monitor the offender's associations and activities within the community, her substance use, and her compliance with substance abuse treatment. On July 20, 2015, the offender began outpatient substance abuse treatment. If any other instances of non-compliance arise, the Court will be notified. Our office is requesting initiation of transfer of jurisdiction to the Eastern District of Pennsylvania where the offender resides and is being supervised.

Prob 12A – page 2
Leina Abigal Santiago

Respectfully submitted,

*Suzanne Golda-Martinez/nm*
By: Suzanne Golda-Martinez

Date: 10/28/2015

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time    Reprimand

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

11/2/2015
_____
Date